**Electronically Filed**
**Supreme Court**
**SCWC-18-0000697**
**05-APR-2022**
**11:50 AM**
**Dkt. 7 ODAC**

SCWC-18-0000697

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JUSTIN DULAN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000697; 1CPC-17-0001488)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Defendant-Appellant Justin Dulan's

application for writ of certiorari filed on February 25, 2022,

is hereby rejected.

DATED: Honolulu, Hawai'i, April 5, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

